IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MAGDALENO RODRIGUEZ, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. C-06-cv-170 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

Petitioner Magdaleno Rodriguez's motion for extension of time to file a response to Respondent's motion to dismiss (D.E. 17) is GRANTED. Petitioner shall file his response not later than October 24, 2006.

It is ORDERED this 29th day of September, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE